# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 07-00006-KD |
| | ) |
| **RICHARD HARRIS WALLEY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This action is before the Court on defendant Richard Harris Walley's letter requesting early termination of his supervised release, the comments of the U.S. Probation Office (doc. 54), and the response filed by the United States stating that it does not oppose the early termination (doc. 55). Upon consideration of the foregoing, the motion is **GRANTED,** and defendant Walley's supervised release is terminated and he is discharged. See 18 U.S.C. § 3583(e)(1) (after consideration of the relevant factors in 18 U.S.C. § 3553(a), the Court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice"). A hearing on the motion is not required. See Fed. R. Crim. P. 32.1(c)(2)(B)&(C).

**DONE** and **ORDERED** this the 7th day of February, 2011.

/s / Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**